# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TRACY PATE;  EVAN WYNN;**
**DONALD GRIDER;  and RICK SHAW**                    **PLAINTIFFS**

v.                          **No. 3:19-cv-280-DPM**

**JONES LANDLEVELING, LLC;**
**TERRY JONES;  and JOHN DUCKWORTH**          **DEFENDANTS**

## ORDER

**1.** Motion, *Doc.* 40, partly granted and partly denied.  For good cause, Wynn and Grider may testify by video.  It is not possible, given the Court's technological resources, for them to attend the entire trial by video.  Shaw must appear in person.

**2.** The Court must try older cases in Jonesboro the week of 4 April 2022.  This older case is ready for a bench trial.  The Court encourages the parties to reconsider allowing Magistrate Judge Kearney to preside over the trial in Little Rock.  The Court directs the Clerk to re-send consent forms. Send completed forms to the Clerk by 15 March 2022.  Scheduling Order, *Doc. [39]*, suspended.  Trial will be reset after the consent question is answered.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_28 February 2022_