IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRACE PATE;  EVAN WYNN;
DONALD GRIDER;  and RICK SHAW                      PLAINTIFFS

v.                        No. 3:19-cv-280-DPM

JONES LANDLEVELING, LLC;
TERRY JONES; and JOHN DUCKWORTH                  DEFENDANTS

## ORDER

**1. Trial Setting.**  This case is first out for a bench trial in Jonesboro starting on Monday, 6 February 2023.  We'll start the trial at 9:30 a.m. in Courtroom 324.  The Court appreciates the pre-trial filings.

**2. Witnesses and Exhibits.**  By the close of business on Wednesday, 1 February 2023, the parties must submit their final lists of witnesses and exhibits, the original pre-marked exhibits, and the Court's courtesy copy, in three-ring binders to Jonesboro chambers.  Please also include an electronic copy of each item.  If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.

**3. Covid-19 Protocols.**  If any lawyer, party, or witness has any virus-related concern or enhanced risk, please notify the Court promptly.  Needed precautions will be taken.  Masking will be

optional, unless otherwise directed. Lawyers and witnesses who choose to wear masks should remove them when speaking.

**4. Courtroom Technology.** As soon as practicable, counsel should contact the courtroom deputy about technology needs. She will coordinate with the Court's IT department. Any plan for use of non-Court technology must be approved by the IT department.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2023