IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRACY PATE; EVAN WYNN;
DONALD GRIDER; and RICK SHAW                                    PLAINTIFFS

v.                      No. 3:19-cv-280-DPM

JONES LANDLEVELING, LLC;
TERRY JONES; and JOHN DUCKWORTH                                 DEFENDANTS

## ORDER

For the reasons stated from the bench at the start of the 6 February 2023 bench trial, Rick Shaw is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2023